**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

November 30, 2023

**BRINTON V. CONCORA CREDIT INC ET AL**
Case # 3:23–cv–06094–DWC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Notice of Removal – Complaint Not Provided**
> Pursuant to Local Civil Rule 101(b), for each petition for removal under Chapter 89 of Title 28, United States Code, the removing Defendant(s) shall file contemporaneously with their Notice of Removal a copy of the operative State Court Complaint. This must be filed as a **separate** attachment to the Notice of Removal and labeled either *Complaint* or *Amended Complaint*. Please file the Complaint or Amended Complaint by going to **Other Documents** and selecting **Praecipe to Attach Document** and relating it back to the Notice of Removal.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file