1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

| | |
|---|---|
| NATHAN BRINTON,<br><br>Plaintiff,<br><br>   v.<br><br>CONCORA CREDIT INC.; JOHN DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:23-CV-6094<br><br>**AGREED ORDER JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S RULE 59(e) and 60(b) MOTION TO VOID JUDGMENT AND REMAND** |

10
11
12
13
14
15
16
17

Defendant, Concora Credit Inc. ("Concora"), and Plaintiff Nathan Brinton ("Brinton") have stipulated to an extension of time of thirty (30) days for Concora to file and serve its opposition to Brinton's Motion to Void Judgment and Remand (ECF # 17) ("Motion").

18
19
20

Having reviewed the Complaint and the motion and having heard the argument of the parties, the Court does hereby ORDER, AJDJUDGE, AND DECREE:

21
22

1. The stipulation is GRANTED.

23
24

2. Concora's opposition is now due Wednesday, March 20, 2024.

25

3. The noting date for the Rule 60(b) and Rule 59(e) motion is hereby re-noted from February 23, 2024, to Friday April 5, 2024.

26
27
28

Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
(949) 477-5050

ORDER ON EXTENSION OF TIME - 1

1

Dated this 20th day of February, 2024.

2

3

4

BENJAMIN H. SETTLE
United States District Judge

5

6

Stipulated to by:

7

WRIGHT, FINLAY, & ZAK, LLP

8

9

*/s/Joseph T. McCormick III*
Joseph T. McCormick III, WSBN 48883
*Attorney for Concora*

10

11

and

12

DIGITAL JUSTICE FOUNDATION

13

14

*/s/ Andrew Grimm*
Andrew Grimm, WSBA # 51486
*Attorney for Plaintiff Nathan Brinton*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON EXTENSION OF TIME - 2

Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
(949) 477-5050