IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN BRINTON,<br><br>Plaintiff,<br><br>v.<br><br>CONCORA CREDIT INC.; JOHN DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:23-CV-6094<br><br>**AGREED ORDER JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S RULE 59(e) and 60(b) MOTION TO VOID JUDGMENT AND REMAND** |

Defendant, Concora Credit Inc. ("Concora"), and Plaintiff Nathan Brinton ("Brinton") have stipulated to a further extension of for Concora to file and serve its opposition to Brinton's Motion to Void Judgment and Remand (ECF # 17) ("Motion"), by 21 days and an extension of time for Plaintiff to Reply.  Having reviewed the motion, the Court does hereby ORDER, AJDJUDGE, AND DECREE:

1. The stipulation is GRANTED.

2. Concora's opposition is now due Wednesday, April 10, 2024.

3. The noting date for the Rule 60(b) and Rule 59(e) motion is hereby re-noted from April 5, 2024, to Friday April 19, 2024, which is the date the reply shall be due.

ORDER ON EXTENSION OF TIME - 1

Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
(949) 477-5050

Dated this 21st day of March, 2024.

                                               *[signature]*
                                               BENJAMIN H. SETTLE
                                               United States District Judge

Stipulated to by:

WRIGHT, FINLAY, & ZAK, LLP

*/s/Joseph T. McCormick III*
Joseph T. McCormick III, WSBN 48883
*Attorney for Concora*

and

DIGITAL JUSTICE FOUNDATION

*/s/ Andrew Grimm*
Andrew Grimm, WSBA # 51486
*Attorney for Plaintiff Nathan Brinton*