IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHAN BRINTON,<br><br>Plaintiff,<br><br>v.<br><br>CONCORA CREDIT INC.; JOHN DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:23-CV-6094<br><br>**AGREED ORDER ON STIPULATION TO RESOLVE MOTION TO VOID JUDGMENT AND REMAND** |

Defendant, Concora Credit Inc. ("Concora"), and Plaintiff Nathan Brinton ("Brinton") stipulated for an order to resolve Brinton's Motion to Void Judgment and Remand (ECF # 17) ("Motion"). Having reviewed the stipulation, the Court does hereby ORDER, AJDJUDGE, AND DECREE:

1. The stipulation is GRANTED.

2. The Motion is WITHDRAWN.

3. The Judgment entered on January 8, 2024 (ECF #15), is SET ASIDE.

4. The Order entered on January 8, 2024 (ECF #14), is SET ASIDE as to Plaintiff's claim under Washington's Consumer Protection Act only.

ORDER STIPULATION - 1

Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
(949) 477-5050

5. Plaintiff's claims for violation of Cal. Bus. & Prof. Code §17529.5 and Florida Statute §668.603 are DISMISSED WITH PREJUDICE.

Dated this 22nd day of April, 2024.

BENJAMIN H. SETTLE
United States District Judge

Stipulated to by:

WRIGHT, FINLAY, & ZAK, LLP

*/s/Joseph T. McCormick III*
Joseph T. McCormick III, WSBN 48883
*Attorney for Concora*

and

DIGITAL JUSTICE FOUNDATION

*/s/ Andrew Grimm*
Andrew Grimm, WSBA # 51486
*Attorney for Plaintiff Nathan Brinton*